**BUCHALTER NEMER**
A Professional Corporation
BERNARD E. LESAGE (SBN: 61870)
MELODY A. PETROSSIAN (SBN: 227624)
BRANDON Q. TRAN (SBN: 223435)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendants
ACC CAPITAL HOLDINGS CORPORATION,
AMERIQUEST MORTGAGE COMPANY, AND
AMC MORTGAGE SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW BELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., and DOES 1 through 60, inclusive,<br><br>    Defendant. | Case No.: 07-cv-02195-WQH-LSP<br><br>**DECLARATION OF BRANDON Q. TRAN IN SUPPORT OF STIPULATION TO REMAND CIVIL ACTION TO SAN DIEGO COUNTY SUPERIOR COURT AND TO TRANSFER CIVIL ACTION TO ORANGE COUNTY SUPERIOR COURT** |

I, Brandon Q. Tran, do hereby declare and state as follows:

1. I am an attorney with the law firm of Buchalter Nemer, counsel for defendants ACC Capital Holdings Corporation, Ameriquest Mortgage Company, and AMC Mortgage Services, Inc. in this action. I have personal knowledge of the facts set forth below, except for those which I have described as being based on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of the Stipulation to Remand Civil Action to San Diego County Superior Court and to Transfer Civil Action to Orange County Superior Court

1  and pursuant to the requirements of Electronic Case Filing Administrative Policies and
2  Procedures Manual, Section 2, Subsection f(4).

3      3.    Pursuant to Section 2, Subsection f(4), I hereby certify that the content of the
4  document is acceptable to all persons required to sign the document and that I have obtained
5  physical signatures of all parties on the document.

6      I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.

8      Executed on December 27, 2007 at Irvine, California.

                              /s Brandon Q. Tran
                              Brandon Q. Tran

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.