1  **BUCHALTER NEMER**
   A Professional Corporation
2  BERNARD E. LESAGE (SBN: 61870)
   MELODY A. PETROSSIAN (SBN: 227624)
3  BRANDON Q. TRAN (SBN: 223435)
   1000 Wilshire Boulevard, Suite 1500
4  Los Angeles, CA 90017-2457
   Telephone: (213) 891-0700
5  Facsimile: (213) 896-0400

6  Attorneys for Defendants
   ACC CAPITAL HOLDINGS CORPORATION,
7  AMERIQUEST MORTGAGE COMPANY, AND
   AMC MORTGAGE SERVICES, INC.

8

9          **UNITED STATES DISTRICT COURT**

10         **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | ANDREW BELLO, | Case No.: 07-cv-02195-WQH-LSP |
|---|---|
13 | Plaintiff, | **PROOF OF SERVICE OF** |
| | **STIPULATION TO REMAND CIVIL** |
14 | vs. | **ACTION TO SAN DIEGO COUNTY** |
| | **SUPERIOR COURT AND TO** |
15 | AMERIQUEST MORTGAGE | **TRANSFER CIVIL ACTION TO** |
| COMPANY, AMC MORTGAGE | **ORANGE COUNTY SUPERIOR COURT** |
16 | SERVICES, INC., and DOES 1 through | |
| 60, inclusive, | |
17 | | |
| Defendant. | |
18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1637309v1                                   1

**PROOF OF SERVICE OF STIPULATION TO REMAND CIVIL ACTION**

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California  92612-0514.

On the date set forth below, I served the foregoing document described as:

**1.    STIPULATION TO REMAND CIVIL ACTION TO SAN DEIGO COUNTY SUPERIOR COURT AND TO TRANSFER CIVIL ACTION TO ORANGE COUNTY SUPERIOR COURT; AND**

**2.    DECLARATION OF BRANDON Q. TRAN IN SUPPORT OF STIPULATION TO REMAND CIVIL ACTION TO SAN DEIGO COUNTY SUPERIOR COURT AND TO TRANSFER CIVIL ACTION TO ORANGE COUNTY SUPERIOR COURT**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Brian H. Erickson, Esq.
Law Offices of Brian H. Erickson
933 Carmel Mtn. Road, Suite A
San Diego, California 92129

☒    **BY MAIL**    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on December 27, 2007.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on December 27, 2007, at Irvine, California.

Joanne D. Mealey-Hatch                        /s Joanne D. Mealey-Hatch
                                                                              (Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1637309v1                                              2

**PROOF OF SERVICE OF STIPULATION TO REMAND CIVIL ACTION**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.