# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BELLO,<br><br>                              Plaintiff,<br>  vs.<br>AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., and DOES 1 through 60, inclusive,<br><br>                            Defendants. | CASE NO. 07cv2195 WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

      The Joint Motion to Remand to State Court (Doc. # 6) is **GRANTED.** The matter shall be **REMANDED** back to the Superior Court of the State of California for the County of San Diego. The parties shall bear all their costs and fees associated with removal, remand and change of venue process, and will not seek sanctions or any other monetary amounts from the other party in connection with the removal, remand or change of venue process.

DATED: January 4, 2008

                                            *William Q. Hayes*
                                        **WILLIAM Q. HAYES**
                                        United States District Judge