**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BELLO                              v. AMERIQUEST                              No. 07-2195-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr. _____
                                         Attorneys

         Plaintiffs                                                    Defendants

The Early Neutral Evaluation Conference set for January 10, 2008 at 2:00 p.m. is vacated.

DATED: January 7, 2008

                                                         _____
                                                         Hon. Leo S. Papas
                                                         U.S. Magistrate Judge