

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

Andrew Bello v. Ameriquest Mortgage Co., et al.,
S.D. California, C.A. No. 3:07-2195

07cv2195 WQH

MDL No. 1715

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Bello*) on December 17, 2007. Prior to expiration of that order's 15-day stay of transmittal, defendants ACC Capital Holdings Corp., Ameriquest Mortgage Co. and AMC Mortgage Services, Inc., filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Bello* was remanded to the Superior Court of the State of California for the County of San Diego by the Honorable William Q. Hayes, in an order filed on January 4, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-34" filed on December 17, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:      [202] 502-2888<br>http://www.jpml.uscourts.gov |

January 8, 2008

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

    Andrew Bello v. Ameriquest Mortgage Co., et al., S.D. California, C.A. No. 3:07-2195

Dear Mr. Hamrick:

    I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

        Very truly,

        Jeffery N. Lüthi
        Clerk of the Panel

        By _[signature]_
                Deputy Clerk

Enclosure

cc:    Transferee Judge: Judge Marvin E. Aspen
        Transferor Judge: Judge William Q. Hayes

JPML Form 87